```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0219--CV (JWS)
                "JAMES L. HALL V LT SELF ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/06/05
            Closed: 11/23/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    42:1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1         HALL, JAMES L.                  James L. Hall
                                                Pro Per: 987
                                                PCC
                                                POB 919
                                                Palmer, AK 99645


DEF 1.1         SELF, LT                        No counsel found for this party!

DEF 2.1         BETTS, CINDY                    No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0219--CV (JWS)
                          "JAMES L. HALL V LT SELF ET AL"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/06/05
            Closed: 11/23/05

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (550) Prisoner - Civil Rights
                    42:1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/06/05 | PLF 1 motion (application) to waive filing fee w/att exhs. |
| 2 - 1 | 09/06/05 | Complaint (42: 1983) filed. |
| 3 - 1 | 09/14/05 | PLF 1 motion (application) to wave filing fee. |
| 4 - 1 | 09/15/05 | JWS Order denying w/leave to amend mot (appl) to waive filing fee (1-1), mot (appl) to waive filing fee (3-1); amended appl due by 10/17/05 or pay $250.00 filing fee or file notice of voluntary dismissal by 10/17/05. cc: J. Hall w/form PS10 w/instructions & PS09, PSLC |
| 5 - 1 | 09/23/05 | PLF 1 Address Change Notice. |
| 6 - 1 | 09/26/05 | PLF 1 motion (application) to waive filing fee. |
| 7 - 1 | 10/11/05 | JWS Order denying motion (application) to waive filing fee (6-1). Plf to file an amended application to waive prepayment of fees and all requested documentation, or pay $250.00 filing fee, or notice of voluntary dismissal by 10/31/05 or this action will be dismissed w/out further notice. The clerk is directed to send form PS10, prisoner application to waive prepayment of fees w/instructions and a form PS09 voluntary dismissal to plf. Plf shall follow LR 10.1(b). cc: J. Hall w/forms PS09, PS10 w/instruction, PSLC |
| 8 - 1 | 11/23/05 | JKS Order that action dism w/o prej; plf must send separate docs to the crt for each case before the crt; if plf sends 1 doc for filing in more than 1 case the doc will be returned by the clk. cc: cnsl, PSLC |
| 9 - 1 | 11/23/05 | JWS Judgment that action dism w/o prej. cc: cnsl, O&J 11904, PSLC |