IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JAMES L. HALL, #987

PLAINTIFF,

VS.

CINDY BETTS, LT. SELF,
ET. AL.     DEFENDANTS,

RECEIVED

MAY 3 1 ...

CLERK, U.S. DIS... ...
ANCHORAGE, ALASKA

CASE NO: A05-0219 CV. (JWS).

MOTION FOR: **REOPEN OF CASE.**

I JAMES L. HALL REQUEST THAT: ABOVE CASE BE REOPENED IMMEDIATLY. THIS MOTION SHOULD BE GRANTED BECAUSE: ① I NEVER RECIEVED ANY PRIOR NOTIFICATION OF ANY KIND OF THIS CASE BEING CLOSED OR DISMISSED. ② ON 5/26/'06 I CALLED CLERK OF COURT REGARDING STATUS OF MY CASE, & AT THIS TIME ONLY - I WAS NOTIFIED BY CLERK OF COURT THAT MY CASE WAS CLOSED/DISMISSED. ③ SINCE I RECIEVED NO PRIOR NOTIFICATION OF ANY KIND OF MY CASE BEING CLOSED/DISMISSED - I AM ASKING THE COURT TO REOPEN THIS CASE SO I MAY CONTINUE TO PURSUE THIS LEGAL MATTER. I WAS THE VICTIM. ④ NOVEMBER '05 - I MAILED IN MY CHANGE OF ADDRESS TO CLERK OF COURT PRIOR TO MY DEC. 5, '05 RELEASE.

5/26/'06
DATE

James L. Hall
SIGNATURE

JAMES L. HALL #987
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501