IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA.

JAMES L. HALL #987
    PLAINTIFF,

VS.

CINDY BETTS, LT. SELF,
ET. AL.
    DEFENDANTS.

RECEIVED
MAY 31 2006
CLERK, U.S. DIS...
ANCHORAGE, ALASKA

CASE NO: A05-0219 CV. (JWS)

MOTION FOR: ONE COPY OF ABOVE CASE FILES.

I JAMES L. HALL, REQUEST THAT: I RECIEVE ONE COPY OF ALL ABOVE CASE FILES.

THIS MOTION SHOULD BE GRANTED BECAUSE: ① MY OFFICE BOX WITH ALL MY LEGAL CASES, FILES + EVIDENCES WERE DISPOSED OF, NOT OF MY DOINGS. ② I AM INDIGENT, I HAVE NO MONEY AT THIS TIME, I AM WILLING TO SIGN A PROMISARY LEGAL DOCUMENT TO PAY FOR ABOVE ABOVE COPIES AS SOON AS POSSIBLE. I'LL SIGN OVER MY NEXT "AK. P.F.D." IF NEED BE. ③ YOUR COURT HAS MY ONLY COPIES, + I URGENTLY NEED ONLY ONE COPY OF ALL ABOVE CASE FILES, PLEASE.
* I WAS THE VICTIM IN THIS CASE.
④ I'LL ALSO NEED THESE COPIES TO RE-FILE THIS CLAIM — IF NEED BE.

5/26/'06
DATE

James L. Hall
SIGNATURE

JAMES L. HALL #987
Anchorage Corrections Complex-West
1300 East Fourth Avenue
Anchorage, AK. 99501