**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

 JAMES L. HALL    v.    LT. SELF, et al. 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                              CASE NO.  3:05-cv-00219-JWS 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 29, 2006

On June 27, 2006, the Court ordered James L. Hall to file an amended application to waive prepayment of the filing fee on the non-prisoner form, after being informed by Mr. Hall that he was released from incarceration on December 5, 2005.[1] The Court notes, however, that Mr. Hall's most recent address is Anchorage Correctional Complex West.  Therefore, Mr. Hall should use the prisoner's application to waive prepayment of the filing fee, form PS-10, which is being sent to him with a copy of this minute order.

Mr. Hall must now file his amended application to waive prepayment of the filing fee, as directed in this minute order, on or before **July 28, 2006**, or this case will be dismissed without further notice.

IT IS SO ORDERED.

---

[1]  *See* Docket Nos. 10, 12.

[hall 219 ifp2.wpd]{IA.WPD*Rev.12/96}