IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>LT. SELF, et al.,<br><br>    Defendants. | Case No. 3:05-cv-00219-JWS<br><br><br><br>ORDER OF DISMISSAL |

James L. Hall, a state prisoner representing himself, filed a motion to reopen his civil rights case, which was granted.[1] On June 27, 2006, Mr. Hall, was ordered to "comply with this Court's order at docket number 7, and file an amended application to waive the filing fee, on or before July 26, 2006."[2] The Court's order granting the motion to reopen, and requiring an amended application to waive prepayment of the filing fee was returned to the Court on July 10, 2006.[3]

---

[1] See Docket Nos. 10, 12.

[2] Docket No. 12 at 2; see also Docket No. 13, specifying that Mr. Hall was to use the prisoner's application to waive prepayment of the fee, because he was incarcerated.

[3] See Docket Nos. 14, 15.

The Court takes notice that Mr. Hall was released from incarceration on July 16, 2006, but has filed no change of address with the Court. To date, Mr. Hall has not complied with the Court's Order.

**IT IS THEREFORE ORDERED** that:

This action is DISMISSED without prejudice.

DATED this 2nd day of August, 2006, at Anchorage, Alaska.

/s/JOHN W. SEDWICK
United States District Judge