**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
JAMES L. HALL,
        Plaintiff,
                                    Case Number 3:05-cv-00219-JWS
v.

LT. SELF, et al.,
        Defendants.              JUDGMENT IN A CIVIL CASE
```

\_\_\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **DECISION BY COURT**.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED without prejudice for failure to prosecute.

APPROVED:

/s/JOHN W. SEDWICK
United States District Judge

Date: August 2, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
Clerk of Court

[hall 219 judgment.wpd]{JMT2.WPT*Rev.3/03}