*PLEASE RUSH/EXPEDITE!!*

IN THE **DISTRICT**/~~SUPERIOR~~ DISTRICT COURT FOR THE ~~STATE~~ OF ALASKA
AT ANCHORAGE

**RECEIVED**
AUG 3 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JAMES L. HALL #987
(PRO-SE)    Plaintiff(s),

vs.

CINDY BETTS, LT.SELF, ETAL,
            Defendant(s).

Case No. A05-0219 CV. (JWS)

REQUEST AND ORDER
FOR ONE COPY OF ABOVE CASE RECORDS/FILES, FROM DISTRICT COURT/RECORDS.

**REQUEST**

I request that ONE COPY OF ABOVE CASE RECORDS BE SENT TO ME PRIOR TO MY 2 TRIALS SOON (END OF AUG. + BEGINNING OF SEPT.), OF CRIMINAL MATTERS.

For the following reasons ① I HAVE THE RIGHTS TO ONE (GOOD) COPY OF ABOVE CASE RECORDS. ② ALL MY FILES + PROPERTIES WERE DISPOSED OF, THEREFORE I HAVE NONE. ③ THE ABOVE CASE FILES/RECORDS ARE RELATED TO MY CURRENT 2 TRIALS - SOON. *PLEASE RUSH/EXPEDITE. ④ I AM INDIGENT + I HAVE ENCLOSED A "EXEMPTION OF FEE PAYMENTS."

I certify that on the date below a copy of this request was mailed/handed to all other parties in this case as follows (list names and addresses): NO OTHER PARTY, THIS CASE WAS DISMISSED.

8/14/07
Date

*James L. Hall*
Signature of Plaintiff/Defendant

JAMES L. HALL              N/A
Print Name                 Daytime Phone

ACC-WEST, 1300 E. 4TH AVE., ANCHORAGE AK   99501
Mailing Address                            City/State/Zip

**ORDER**

☐ Request granted.    ☐ Request denied because _____

Date
I certify that on _____
a copy of the order was sent to:
Clerk: _____

Judge's Signature

Type or Print Judge's Name

Page 1 of 1
Request and Order for ....

JAMES L. HALL #987
CIVIL DIVISION
OFFICE OF THE CLERK/TRIAL COURTS
ALASKA COURT SYSTEM
825 W. 4TH AVENUE
ANCHORAGE, AK 99501-2004

06-20-07

"Rush/expedite!!"
"Confidential Federal Legal Mail"

TO CHIEF JUDGE JOHN W. SEDWICK
U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA
222 W. 7TH AVENUE #4
ANCHORAGE, ALASKA 99513-7564

"EXPEDITE"
"FEDERAL CONFIDENTIAL LEGAL MAIL"