IN THE DISTRICT/~~SUPERIOR~~/~~SUPREME~~ COURT FOR THE ~~STATE~~ DISTRICT OF ALASKA
AT ANCHORAGE

&JAMES L. HALL #987 (PRO-SE)                )
                                            )
                              PLAINTIFF,     )
                                            )
          VS                                )
                                            )
- COTTLE, ETAL.                             )
                                            )
- BETTS, LT. SELF                           )
                                            )
- LEITONI TUPOU                             )
                                            )
                       DEFENDANTS.          )

RECEIVED

AUG 3 1 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

A05-0226 CV (JWS)
A05-0219 CV (JWS)
CASE NO. A05-0160 CV (RRB)

PRISONER REQUEST FOR
FILING FEE EXEMPTION

I, &JAMES L. HALL _____, request exemption from paying part of
                (name of prisoner)
the filing fee in this civil litigation against the State of Alaska. As required by AS 09.19.010, I am
submitting to the court:

1.    the following affidavit, and

2.    the attached certified copy of my account statement for the past six months from the
      Department of Corrections, along with a DOC cover memo listing average monthly deposits
      and average balance.

AFFIDAVIT

I swear or affirm under penalty of perjury that the following information is true to the best of my
knowledge and belief.

1.    I am a prisoner at ANCHORAGE CORRECTIONAL COMPLEX - WEST _____
                        (name of correctional facility)

2.    I am attaching a filled out Financial Statement on court form CR-206.

3.    The circumstances that prevent me from paying the full filing fee are: I AM INDIGENT,
      I HAVE NO MONEY, EVERYTHING I OWN WAS DISPOSED OF, I HAVE 2
      DISABILITIES + I'M INCARCERATE + D.O.C. WON'T GIVE ME WORK!
      * PLEASE RUSH/EXPEDITE FOR 2 TRIAL REASONS - VERY SOON!
            *(END OF AUGUST 07 + BEGINNING OF SEPT. 07).
                                                    Thank you,

4.    Nature of action:    ☐ application for post conviction relief
                           ☒ civil lawsuit FROM FEDERAL COURT (CV),
                           ☐ appeal of a civil judgment
                           ☐ appeal from final decision of an administrative agency
                           ☒ other: I NEED ONE COPY OF 3 CV. CASES OF MINE,
                             + I HAVE NO MONEY TO PAY FOR ANY COPIES.

Page 1 of 2
CIV-670 (6/95)(cs)
PRISONER REQUEST FOR FILING FEE EXEMPTION

AS 09.19.010 & .100
Adm. R. 10(e), Crim R. 35.1(e)
App. R. 204(b)(4) & 209(a)(7)

5.    The following specific facts will, when proven, state a claim on which relief can be granted
or entitle me to reversal on appeal: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____7/6/07_____                          _James Hall_____
            Date                                        Prisoner's Signature


Subscribed and sworn to or affirmed before me at _Anchorage_____, Alaska on
_July  06 - 2007_____.
            (date)                              _Rebecca L. Cawlut_____
                                                Notary Public or other person authorized to
                                                administer oaths.
                                                My commission expires _with Office_

                              ORDER

It is ordered that the above request is

☐    GRANTED. The court finds that exceptional circumstances prevent the prisoner from paying
     the full filing fee.  The required filing fee will be $_____ (Minimum
     required by AS 09.19.010(d) is 20% of the larger of average monthly deposits to or average
     balance in prisoner's account.)

☐    DENIED. The court finds that no exceptional circumstances prevent the prisoner from
     paying the full filing fee.

This case will not be accepted for filing unless the filing fee is paid within 30 days after the date of
distribution of this order.


_____              _____
            Date                                    Judge

I certify that on _____
a copy of this order was sent to:                   Type or Print Name


Clerk: _____

AS 09.19.010 & .100
                                                        Adm. R. 10(e), Crim R. 35.1(e)
                                                        App. R. 204(b)(4) & 209(a)(7)