James L. Hall
Name
# 987
Prison Number
Anchorage Correctional Complex- West
Place of Confinement

1300 E. 4th Avenue
Anchorage, Alaska  99501
Address
N/A
Telephone

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

James L. Hall # 987,
Pro-se
Plaintiff,

vs.

Cindy Betts
Lt. Self,

Defendant(s).

Case No. 3:05-CV-00219-JWS

Amended
MOTION

to/for A Copy of Entire File.

I, James L. Hall , proceeding without a lawyer, move

to/for U.S. District Court to Provide me with a copy of entire closed case- - file.

under the following statute(s)/rule(s) (if known) ? N/A

for the following reason(s): ①Everything I owned including all files- were disposed of + now I have nothing, ②I did request one copy of all my originals that I sent with complaint, ③It's a closed case now + I believe I have a civil rights(with exemption of fees) to have a copy of my files, ➜

PS 15 (effective 8/05)

④ THIS CASE ~~HAS~~ MUCH *INFORMATION* INVOLVING ANOTHER CIVIL CASE -VS- ECONOLODGE

AND ~~HAS~~ MUCH NEEDED EVIDENCE & INFORMATION THAT I URGENTLY NEED

TO REOPEN THAT CASE, ⑤ ALSO WITH MY CURRENT CRIMINAL CASE.

\* THERE WILL BE NO REOPENING OF THIS CASE NOR PAPERWORK FILED BY ME

UPON RECIEVING MY ONE COPY OF THIS ENTIRE FILE.

THANK YOU

## Declaration Under Penalty of Perjury

I, &JAMES L. HALL , declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: 9/20/07 , at ANCHORAGE, ALASKA .

James L. Hall
Signature

## Certificate of Service

I certify that, on 10/01/07 a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on (NO OPPOSING PARTY, THIS IS ONLY A REQUEST FOR
(Opposing Party or Counsel) COPIES OF THIS
CLOSED CASE.

at ACC -WEST, 1300 E. 4TH AVE, ANCHORAGE AK 99501 .
(Address)

James Hall
Signature

PS 15 (effective 8/05)                    2                    MOTION