11-15-07

RECEIVED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

James Hall #987
-WEST, 1300 E. 4TH AVE
Anchorage, AK 99501

To Clerk of Court,

"Notice of Cancellation of All Ordered Copies of Files!" + Return Funds!

I James L. Hall hereby withdraw my orders of all my ~~8~~ Files (3).

1. Case # A05-0226 CV., Hall-vs-Cottle, et al.
2. Case # A05-0160 CV., Hall-vs-Tupou.
3. Case # A05-0219 CV., Hall-vs-Betts, self.

~~4. Cases~~

Please return all my funds to my OTA acct.

Thank you,
James L. Hall
11-15-07

James Hall

James Hall #987
Anchorage Correction Complex - West
1300 E. 4th Ave.
Anchorage, Alaska 99501

"Federal Legal Mail"

U.S. District Court
Clerk of Court
Federal Building Courthouse
222 W. 7th Ave, #4
Anchorage, Alaska 99513

"Federal Legal Mail"