IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES L. HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>LT. SELF, et al.,<br><br>    Defendants. | Case No. 3:05-cv-00219-JWS<br><br>ORDER<br>REGARDING COPIES |

On August 31, 2007, James L. Hall, a self-represented prisoner, filed a motion for waiver of prepayment of the costs of copying his entire case file, which he claimed he needed for ongoing state court litigation.[1] Although Mr. Hall submitted documentation showing that he currently had insufficient funds from which to pay the costs involved, he failed to explain why he needed copies of any particular document for his state cases.[2]

---

[1] *See* Docket Nos. 18-22.

[2] Court records show that all documents in the file have either originated from Mr. Hall, or were sent to Mr. Hall by the Court. Further, although Mr. Hall failed to file a change of address form with the Court, the

On September 13, 2007, Mr. Hall was informed that, if still wished to secure copies of the documents in this closed case without prepayment of the costs, he must explain to the Court which documents he needs, and why he needs each particular document.[3]  Furthermore, Mr. Hall was cautioned that the $45 cost of retrieving the file from archives, and the $.50 per page copying fee, would be deducted from his prison trust account.[4]

On October 5, 2007, Mr. Hall filed an amended motion for copies of his entire court file,[5] which was provisionally denied, with the Court requiring Mr. Hall to review the docket sheet and, for each item requested, explain why he needed that particular document.[6]  Instead, on November 19, 2007, Mr. Hall filed a "notice of cancellation" of his motion for copies, and a request for the return of all funds.[7]  However, because this Court never ordered that funds be taken from his prison account to pay for copies in this case, there are no such funds to return to Mr. Hall.

---

Court nonetheless re-sent copies of docket numbers 12, 13, 16 and 17 to Mr. Hall on September 13, 2007.  Docket numbers 1-9 are archived.

[3] See Docket No. 23.

[4] *See* Docket No. 26 at 1 (Mr. Hall offered to be billed for the cost of securing his closed file from archives).

[5] *See* Docket Nos. 24-26.

[6] See Docket No. 27.

[7] *See* Docket No. 28.

Therefore, **IT IS HEREBY ORDERED** that:

1. Mr. Hall's notice of cancellation of his motion for copies is accepted; and

2. Mr. Hall's request for a return of funds, at docket number 28, is DENIED as moot.

DATED this 9th day of January, 2008, at Anchorage, Alaska.

/S/JOHN W. SEDWICK
United States District Judge