JAMES L. HALL
Name
#987
Prison Number
ANCHORAGE CORRECTIONAL COMPLEX-WEST
Place of Confinement

1300 E. 4TH AVE.

ANCHORAGE, ALASKA 99501
Address
(907) 272-9322 (MSSG.)
Telephone

RECEIVED
APR 02 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES L. HALL,
              Plaintiff,

vs.

CINDY BETTS

LT. SELF,
              Defendant(s).

Case No. A05-0219 CV (JWS)

MOTION

to/for PRODUCTION OF 1 COPY OF MY COMPLAINT, MOTIONS, EVIDENCES, + LETTERS.

I, JAMES L. HALL, proceeding without a lawyer, move

to/for PRODUCTION OF "COMPLAINT, MOTIONS, LETTERS + EVIDENCE" - ONE COPY,

under the following statute(s)/rule(s) (if known) PRETRIAL MOTION, CIVIL RULE 16(e) DISCOVERY, + IMPEACHMENTS, RULES 608 + 609.

for the following reason(s): PRETRIAL MOTION DEADLINE IS APRIL 7, 2008 TO FILE FOR — EXCULPATORY EVIDENCE FOR CASE # 3AN-06-13179 CI., HALL-VS-SOA D.O.C., ET AL., INJURY, HARRASSMENT, RETALIATORY, ETC... MOTIVES + PURSUANT TO RULES 404, 403, 608 + 609. (REGARDING INJURY + CONFINEMENT AT D.O.C/ CI.P.T.

PS 15 (effective 8/05)

FOR THE ABOVE REASONS GIVEN, I ONLY NEED ONE COPY OF MY CIVIL "CLOSED CASE" FILES (COMPLAINT, MOTIONS, LETTERS & EVIDENCE) BECAUSE MY U.P.O. & PRETRIAL MOTION DEADLINE IS ON APRIL 7, 2008, COULD I PLEASE HAVE THIS MOTION EXPEDITED? MY PRETRIAL DATE IS ON APRIL 11, 2008 & MY TRIAL DATE IS MAY 5, 2008. EVERYTHING I OWNED WAS DISPOSED OF, I NO LONGER HAVE ANY PAST RECORDS.

ATTACHED IS MY O.T.A. STATEMENT, I'M INDIGENT, PLEASE BILL ME IF I OWE ANYTHING. MY TRACK RECORD IS GOOD ON PAYING BILLS TO YOU.

### Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED:_____, at _____.

JH        _____
          Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

JAMES HALL #987
ANCHORAGE CORRECTION COMPLEX WEST
1300 E. 4TH AVE.
ANCHORAGE, ALASKA
99501

EXPEDITE
LEGAL

JUDGE JOHN SEDWICK
U.S. DISTRICT COURT
CLERK OF COURT
222 W. 7TH AVE. #4
ANCHORAGE, ALASKA 99513-7564

EXPEDITE
LEGAL
MAIL

9951317564 C001

Mailed From 99501
03/28/2008
$00.750
US POSTAGE